IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SETH SNOOK, *et al.*,

        Plaintiffs,

    v.

WHATCOM HUMANE SOCIETY, *et al.*,

        Defendants.

No.: 2:18-cv-00313-RSM

STIPULATION AND ORDER OF WITHDRAWAL AND SUBSTITUTION

It is hereby stipulated by and between the parties hereto and their counsel of record that the attached Withdrawal and Substitution of Attorney for Whatcom County in the matter referenced above be approved by the Court. A proposed Order granting leave for attorney Quinn to withdraw and attorney Dingler to appear on behalf of defendant, Whatcom County in the above-entitled matter is submitted contemporaneously herewith.

////

////

////

////

////

STIPULATION AND ORDER OF WITHDRAWAL AND SUBSTITUTION
2:18-cv-00313-RSM

PAGE 1

**Bullivant|Houser|Bailey PC**

1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930

| | |
|---|---|
| DATED this 17th day of April, 2018. | DATED this 17th day of April, 2018. |
| BULLIVANT HOUSER BAILEY PC | WHATCOM COUNTY PROSECUTING ATTORNEY'S OFFICE |
| */s/ Wilhelm Dingler*<br>Wilhelm Dingler, WSBA #13474<br>E-mail: wilhem.dingler@bullivant.com | */s/ Christopher D. Quinn*<br>Christopher D. Quinn, WSBA #34695<br>Civil Deputy Prosecuting Attorney for Whatcom County<br>cquinn@co.whatcom.wa.us |
| **Substituting Attorneys for Defendant Whatcom County** | **Withdrawing Attorneys for Defendant Whatcom County** |
| DATED this 17th day of April, 2018. | DATED this 17th day of April, 2018. |
| BUTLER BESCHEN LAW PLLC | LAW OFFICE OF ROGER ELLINSON PS |
| */s/ Emily C. Beschen (per email authorization)*<br>Emily C. Beschen, WSBA#43813<br>103 E. Holly Street, Ste 512<br>Bellingham, WA 98225<br>360.734.3448<br>emily@rdbutlerlaw.com | Rajeev David Majumdar, WSBA#39753<br>289 H Street<br>PO Box 1258<br>Blaine, WA 98230<br>360.332.7000<br>rajeev@northwhatcomlaw.com |
| **Attorneys for Plaintiff Seth Snook** | **Attorneys for Plaintiff Seth Snook** |

STIPULATION AND ORDER OF WITHDRAWAL AND SUBSTITUTION
2:18-cv-00313-RSM

PAGE 2

Bullivant|Houser|Bailey PC
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930

| | |
|---|---|
| 1 | DATED this 17th day of April, 2018. |
| 2 | |
| 3 | ROY, SIMMONS, SMITH & PARSONS, PS |
| 4 | |
| 5 | */s/ Jill Smith (per email authorization)*<br>Jill Smith, WSBA#30645 |
| 6 | 1223 Commercial Street<br>Bellingham, WA 98225 |
| 7 | 360.752.2000<br>Jill@royandsimmons.com |
| 8 | **Attorneys for Defendants Whatcom Humane Society, Laura Clark, and** |
| 9 | **Rebecca Crowley** |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

STIPULATION AND ORDER OF WITHDRAWAL AND SUBSTITUTION
2:18-cv-00313-RSM

PAGE 3

**Bullivant|Houser|Bailey PC**

1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930

# ORDER

This matter having come before the Court on the stipulation of the parties to permit attorney Christopher D. Quinn, WSBA #34695, to withdraw his appearance on behalf of defendant Whatcom County and to permit attorney Wilhelm Dingler, WSBA #13474, to enter his appearance on behalf of defendant Whatcom County, and the Court being otherwise duly and fully advised in the premises, it is hereby,

ORDERED, ADJUDGED and DECREED that the stipulation is approved and the Notices of Withdrawal and Substitution of Attorneys for Whatcom County be entered of record in the above-entitled matter.

DATED this 30 Day of May 2018.

*[signature]*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

BULLIVANT HOUSER BAILEY PC

By */s/ Wilhelm Dingler*
Wilhelm Dingler, WSBA #13474
E-mail: wilhelm.dingler@bullivant.com
Substituting Attorneys for Whatcom County.

WHATCOM COUNTY PROSECUTING
ATTORNEY'S OFFICE

By */s/ Christopher D. Quinn*
Christopher D. Quinn, WSBA #34695
Civil Deputy Prosecuting Attorney *for* Whatcom County
cquinn@co.whatcom.wa.us
Withdrawing Attorneys for Defendant Whatcom County

STIPULATION AND ORDER OF WITHDRAWAL AND SUBSTITUTION
2:18-cv-00313-RSM

PAGE 4

Bullivant|Houser|Bailey PC
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930

BUTLER BESCHEN LAW PLLC

*/s/ Emily C. Beschen (per email authorization)*
Emily C. Beschen, WSBA#43813
103 E. Holly Street, Ste 512
Bellingham, WA 98225
360.734.3448
emily@rdbutlerlaw.com
Attorneys for Plaintiff Seth Snook


LAW OFFICE OF ROGER ELLINSON PS

_____
Rajeev David Majumdar, WSBA#39753
289 H Street
PO Box 1258
Blaine, WA 98230
360.332.7000
rajeev@northwhatcomlaw.com
Attorneys for Plaintiff Seth Snook


ROY, SIMMONS, SMITH & PARSONS, PS

*/s/ Jill Smith (per email authorization)*
Jill Smith, WSBA#30645
1223 Commercial Street
Bellingham, WA 98225
360.752.2000
Jill@royandsimmons.com
Attorneys for Defendants Whatcom Humane Society, Laura Clark, and Rebecca Crowley

STIPULATION AND ORDER OF WITHDRAWAL AND SUBSTITUTION
2:18-cv-00313-RSM

PAGE 5

**Bullivant|Houser|Bailey PC**

1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930