UNITED STATES DISTRICT COURT,
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SETH SNOOK, and JENNIFER COURCHANE, husband and spouse and the marital community composed thereof,<br><br>Plaintiffs,<br><br>vs.<br><br>WHATCOM HUMANE SOCIETY, a non-profit organization; LAURA A. CLARK, together her marital community, WHATCOM COUNTY, WASHINGTON, a government entity; REBECCA CROWLEY,<br><br>Defendants. | No. 2:18-cv-00313<br><br>**ORDER re: DISCOVERY DEADLINES** |

**THIS MATTER** having come before the Court on the stipulation of the parties to accomplish the following:

1. The deadline for filing motions related to discovery will be moved to November 26, 2018;

2. The deadline for completing discovery will be moved to December 26, 2018;

3. The deadline for all dispositive motions will be moved to January 24, 2019; and

4. The current motion scheduled for Friday, October 26, 2018 will be moved to November 30, 2018, and the Court being otherwise duly and fully advised in the premises, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the relief requested in the stipulation is approved and the Order Setting Trial Date and Related Dates of 4/25/18 is modified by this stipulation.

**SIGNED** this 15 day of October 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

BULLIVANT HOUSER BAILEY PC

*/s/ Wilhelm Dingler*
Wilhelm Dingler, WSBA #13474
E-mail: Wilhelm.dinger@bullivant.com
Attorneys for Whatcom County, Whatcom
Humane Society, Laura Clark, and
Rebecca Crowley

BUTLER BESCHEN LAW PLLC

*/s/ Emily C. Beschen*
Emily C. Beschen, WSBA #43813
103 E. Holly Street, Suite 512
Bellingham, WA 98225
360.734.4228
emily@butlerbeschenlaw.com
Attorney for Plaintiff Seth Snook and
Jennifer Courchane

LAW OFFICE OF ROGER ELLINSON PS

*/s/ Rajeev D. Majumdar*

Rajeev D. Majumdar, WSBA #39753
289 H Street
PO Box 1258
Blaine, WA 98230
360.332.7000
rajeev@northwhatcomlaw.com
Attorney for Plaintiff Seth Snook and
Jennifer Courchane


SIMMONS SWEENEY SMITH P.S.


*/s/ Jill Smith*
Jill Smith, WSBA #30645
1223 Commercial Street
Bellingham, WA 98225
360.752.2000
Jill@royandsimmons.com
Attorney for Defendants Whatcom
Humane Society, Laura Clark, and
Rebecca Crowley